**No. 66199.**—M. Pressner & Co. *v.* United States, protest 60/14278 (New York).

**No. 66201.**—Ace Import Co., Inc. *v.* United States, protests 61/12649 and 61/12651 (New York).

**No. 66203.**—M. Pressner & Co. *v.* United States, protest 60/14279 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiff was sustained.